Marie-Ann Greenberg, MAG-1284
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
YAYE BOYE

RONALD E. NORMAN
901 ROUTE 168, SUITE 407 A
WASHINGTON PROF. CAMPUS II
TURNERSVILLE, NJ  08012

YAYE BOYE
3306 CRESCENT ST
4J
ASTORIA, NY  11106

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Chapter 13 Case No.:  06-15554RG

HEARING DATE:  9/21/2011 at  9:00 am

ORAL ARGUMENT REQUESTED

## NOTICE OF MOTION TO DISMISS PETITION

Marie-Ann Greenberg, Chapter 13 Standing Trustee, has filed papers with the Court for an Order Dismissing this case.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Order dismissing this case, or if you want the court to consider your views on the motion, then on or before seven (7) days before the scheduled hearing date of 09/21/2011, you or your attorney must:

File a **WRITTEN RESPONSE** in opposition to this motion explaining your position and send it to:

  US Bankruptcy Court
  Office of the Clerk
  50 Walnut Street, Third Floor
  Newark, NJ 07102
   and
  Marie-Ann Greenberg
  Chapter 13 Standing Trustee
  30 Two Bridges Road
  Suite 330
  Fairfield, NJ  07004-1550

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

The hearing is scheduled to be held on 09/21/2011 at 9:00 am in the courtroom of Honorable Judge ROSEMARY GAMBARDELLA, at US Bankruptcy Court, 50 Walnut Street, Third Floor, E, Newark, NJ 07102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

                                                   Marie-Ann Greenberg, Esquire
                                                   Chapter 13 Standing Trustee

Dated:  August 02, 2011                              By:   /S/Marie-Ann Greenberg
                                                               Marie-Ann Greenberg, Esquire

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

YAYE BOYE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Chapter 13 Case No.:  06-15554RG

CERTIFICATION IN SUPPORT OF MOTION

I, Jackie Michaels, being of full age certify that:

- I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

- The Chapter 13 petition has now exceeded the monthly limitation set forth in the plan and there is a remaining balance to complete the case.  Any request for a balance to complete must be made in writing.

- For the reasons set forth above, the Trustee recommends that the case be dismissed.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated:  August 02, 2011

By:   /S/  Jackie Michaels
      Jackie Michaels
      Administrator

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

| | |
|---|---|
| IN RE: | **UNITED STATES BANKRUPTCY COURT** |
| | **DISTRICT OF NEW JERSEY** |
| YAYE BOYE | **NEWARK VICINAGE** |
| | **Chapter 13 Case No.:  06-15554RG** |
| | **CERTIFICATE OF SERVICE** |

On August 02, 2011, the undersigned served to RONALD E. NORMAN, Attorney for Debtor and YAYE BOYE, Debtor, a copy of the within Notice of Motion.

Notice of Motion was served via US Mail or electronically via ECF.

Dated:  August 02, 2011

By:  /S/  Jackie Michaels
     Jackie Michaels
     Administrator